IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LUPE LARA JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:13-CV-177-C |

**ORDER**

Plaintiff appealed an adverse decision of Defendant, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on February 20, 2014.[1] No party filed any objections.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court. The Commissioner's decision is REVERSED and Plaintiff's Complaint is REMANDED for further administrative proceedings.

Dated this 13th day of March, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1]Although both parties consented to proceed before the United States Magistrate Judge, Defendant filed its consent on February 24, 2014, after the filing of the Report and Recommendation.